## United States District Court
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Lihn Tran Stephens, a natural living woman, sui juris, with inherent sovereign rights,<br><br>*Plaintiff*,<br><br>v.<br><br>STATE OF OKLAHOMA, et al.<br><br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 25-cv-322-SEH-JFJ |

**EXHIBIT A**

### AFFIDAVIT OF DOUGLAS A. WILSON

STATE OF OKLAHOMA )
                             ) ss.
COUNTY OF TULSA     )

I, Douglas A. Wilson ("Affiant"), being of lawful age and having been first duly sworn on oath, state as follows:

1. I am counsel of record in this action for the Defendants Board of County Commissioners of the County of Tulsa, Kacharra Mansker, and Kathy Burrows ("Defendants").

2. Defendant Board of County Commissioners of the County of Tulsa was served with a Summons and the 102-page "Amended 25CV-322-SEH-JFJ" attached to Defendants' Motion to Dismiss as Exhibit B.

3. Defendant Kathy Burrows was served with a Summons and the 102-page "Amended 25CV-322-SEH-JFJ" attached to Defendants' Motion to Dismiss as Exhibit C.

4. Defendant Kacharra Mansker was served with neither a Summons nor the 102-page "Amended 25CV-322-SEH-JFJ," but voluntarily enters her appearance herein through undersigned counsel.

FURTHER AFFIANT SAYETH NOT.

I state under penalty of perjury under the laws of Oklahoma that the foregoing is true and correct.

Dated this 1st day of August, 2025

*/s/ Douglas A. Wilson*
DOUGLAS A. WILSON