IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

| | | |
|---|---|---|
| JEWEL WESLEY GIST, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | No. 111,331 |
| | ) | |
| THE COUNCIL ON JUDICIAL COMPLAINTS OF THE STATE OF OKLAHOMA, | ) ) ) | |
| | ) | |
| Appellee. | ) | |

FILED
SUPREME COURT
STATE OF OKLAHOMA

JAN 14 2013

MICHAEL S. RICHIE
CLERK OF
THE APPELLATE COURTS

RECEIVED

JAN 15 2013

Council On Judicial Complaints

## ORDER

On the Court's own motion, this appeal is hereby dismissed because there is no statutory provision which permits an appeal from a decision by the Council on Judicial Complaints to dismiss a complaint. 20 O.S. § 1651 et seq., 75 O.S. § 250.4(B)(9).

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 14th DAY OF JANUARY, 2013.

_____
CHIEF JUSTICE

ALL JUSTICES CONCUR.