AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | |
|---|---|
| Linh Tran Stephens, a natural living woman, sui juris, with inherent sovereign rights,<br>*Plaintiff,*<br>v.<br>STATE OF OKLAHOMA and all employees/contractors/successors<br>OKLAHOMA ATTORNEY GENERAL OFFICE (OAG);<br>OKLAHOMA STATE BUREAU OF INVESTIGATION (OSBI);<br>OKLAHOMA DEPARTMENT OF HUMAN SERVICES (OKDHS) and all of its divisions;<br>DAVID L. MOSS CRIMINAL JUSTICE CENTER;<br>**et al.**<br>*Defendants* | Civil Action No. 25-CV-322-SEH-JFJ |

*RECEIVED JUL 14 2025 Council on Judicial Complaints*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Oklahoma Council on Judicial Complaints (**OCJC**);
ATTN: Taylor Henderson a/k/a TAYLOR HENDERSON, Director;
1901 N Lincoln Blvd,
Oklahoma City, OK 73105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Linh-Tran:Stephens / Agent
% 1964 Ashley River Rd Ste B Unit 80112,
Charleston, South Carolina [zip exempt but near 29407]
Without United States District of Columbia

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    Heidi D. Campbell, Clerk

Date: JUL 0 9 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

Linh Tran Stephens, a natural living woman,　)
　　sui juris, with inherent sovereign rights,　)
　　　*Plaintiff,*　　　　　　　　　　　　　　)
　　　　　v.　　　　　　　　　　　　　　　　)
STATE OF OKLAHOMA and all　　　　　　　　)
　　employees/contractors/successors　　　　　 )
OKLAHOMA ATTORNEY GENERAL　　　　　　)
　　OFFICE (OAG);　　　　　　　　　　　　　)
OKLAHOMA STATE BUREAU OF　　　　　　　) Civil Action No. 25-CV-322-SEH-JFJ
　　INVESTIGATION (OSBI);　　　　　　　　　)
OKLAHOMA DEPARTMENT OF HUMAN　　　　)
　　SERVICES (OKDHS) and all of its　　　　　　)
　　divisions;　　　　　　　　　　　　　　　　)
DAVID L. MOSS CRIMINAL JUSTICE　　　　　　)
　　CENTER;　　　　　　　　　　　　　　　　)
**et al.**　　　　　　　　　　　　　　　　　　　)
　　　　　　*Defendants*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> **Richard Rose a/k/a RICHARD ROSE**, who sometimes acts as
> CHAIRMAN OF OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS (OCJC)
> 1901 N. Lincoln Blvd.,
> Oklahoma City, OK 73105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　Linh-Tran:Stephens / Agent
　　　　　　　　　　　　　　　　　　　℅ 1964 Ashley River Rd Ste B Unit 80112,
　　　　　　　　　　　　　　　　　　　Charleston, South Carolina [zip exempt but near 29407]
　　　　　　　　　　　　　　　　　　　Without United States District of Columbia

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT　　　　Heidi D. Campbell, Clerk

Date: ___JUL 0 9 2025___　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | |
|---|---|
| Linh Tran Stephens, a natural living woman, sui juris, with inherent sovereign rights,<br>*Plaintiff,*<br>v.<br>STATE OF OKLAHOMA and all employees/contractors/successors<br>OKLAHOMA ATTORNEY GENERAL OFFICE (OAG);<br>OKLAHOMA STATE BUREAU OF INVESTIGATION (OSBI);<br>OKLAHOMA DEPARTMENT OF HUMAN SERVICES (OKDHS) and all of its divisions;<br>DAVID L. MOSS CRIMINAL JUSTICE CENTER;<br>**et al.**<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 25-CV-322-SEH-JFJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> **Taylor Henderson a/k/a TAYLOR HENDERSON**, who sometimes acts as DIRECTOR OF OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS (OCJC)
> 1901 N. Lincoln Blvd.,
> Oklahoma City, OK 73105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Linh-Tran:Stephens / Agent
　　　　　　　　　　　　　　　　　　% 1964 Ashley River Rd Ste B Unit 80112,
　　　　　　　　　　　　　　　　　　Charleston, South Carolina [zip exempt but near 29407]
　　　　　　　　　　　　　　　　　　Without United States District of Columbia

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    Heidi D. Campbell, Clerk

Date: JUL 0 9 2025

*Signature of Clerk or Deputy Clerk*

linh-tran: stephens, one-and-only
Agent & Beneficiary
of LINH TRAN STEPHENS ©®
% 1964 Ashley River Rd Ste B
Unit 80112,
Charleston, South Carolina [29407]





CERTIFIED MAIL

9589 0710 5270 2932 8204 94

U.S. POSTAGE PAID
PRYOR, OK 74361
JUL 10, 2025
73105
$14.55
RDC 03
S2324M503658-1



RECEIVED
JUL 14 2025
Council on Judicial Complaints

Oklahoma Council on Judicial
Complaints (**OCJC**);
ATTN: Taylor Henderson a/k/a TAYLOR
HENDERSON, Director;
1901 N. Lincoln Blvd.,
Oklahoma City, OK 73105