IN THE UNTED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LINH TRAN STEPHENS, *a natural living woman, sui juris, with inherent sovereign rights*, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF OKLAHOMA, *et al.*, <br><br> Defendants. | Case No.: 25-cv-322-SEH-JFJ |

## OKLAHOMA SUPREME COURT'S ADOPTION OF JUDICIAL MOTION TO DISMISS [DOC. 34]

COMES NOW Defendant Oklahoma Supreme Court, and hereby adopts the Judicial Defendants' Motion to Dismiss (Doc. 34) filed Friday, August 1, 2025.

Respectfully submitted,

*/s/ Stefanie Lawson*
**STEFANIE E. LAWSON, OBA#22422**
ASSISTANT ATTORNEY GENERAL
OKLAHOMA ATTORNEY GENERAL'S OFFICE
LITIGATION DIVISION
313 NE 21st Street
Oklahoma City, Oklahoma 73105
T: (405) 521-2951 | F: (405) 521-4518
*Counsel for Judicial Defendants*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on the 4th day of August 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. I further certify that a true and correct copy of the foregoing document was sent via U.S. Mail, postage prepaid to:

Linh Tran Stephens
1964 Ashley River Rd., Ste. B,
Unit 80112
Charleston, S.C. 29407
*Plaintiff sui juris*

                                        */s/ Stefanie Lawson*
                                        Stefanie E. Lawson