IN THE UNTED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LINH TRAN STEPHENS, *a natural living woman, sui juris, with inherent sovereign rights*,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF OKLAHOMA, *et al.*,<br><br>Defendants. | Case No.: 25-cv-322-SEH-JFJ |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I enter my appearance as counsel in this case for: Defendants Governor Kevin Stitt, Attorney General Gentner Drummond, Steve Johnson, Greg Mashburn, and Aungela Spurlock, in each of their official and individual capacities. I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Respectfully submitted,

*/s/ Jesse S. Ogle*
**JESSE S. OGLE, OBA No. 34275**
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Section
313 N.E. 21st Street
Oklahoma City, Oklahoma 73105
Tele: (405) 521-3921 Fax: (405) 521-6246
Email: jesse.ogle@oag.ok.gov
*Attorney for State Official Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. I further certify that a true and correct copy of the foregoing document was sent via the ECF System to all counsel of record who are ECF participants. I further certify that a true and correct copy of the foregoing document was sent via U.S. Mail, postage prepaid to:

Linh Tranh Stephens
1964 Ashley River Rd., Ste. B,
Unit 80112
Charleston, SC 29407
*Plaintiff sui juris*

*/s/ Jesse S. Ogle*
Jesse S. Ogle