

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| LINH TRAN STEPHENS,<br>    Petitioner,<br><br>vs<br><br>ADAM SYLVESTER STEPHENS,<br>    Respondent. | )<br>)<br>)<br>)  FD-2015-2228<br>)  Docket F<br>)<br>)<br>) |

**DISTRICT COURT FILED**
MAY 08 2025
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

### ORDER OF THE COURT
### NON-JURY TRIAL ON CHILD SUPPORT CONTEMPT, MAY 2, 2025

NOW on this 2nd day of May 2025, the *Application for Indirect Contempt Citation Child Support – December 2024* in the above captioned and styled cause comes on for non-jury trial. Petitioner/Mother Linh Tran Stephens, pro se, fails to appear after being recognized back to May 2, 2025, at 9am by the Court on March 7, 2025. Respondent/Father Adam Sylvester Stephens appears in person and with his attorney, Gilbert J. Pilkington Jr. of the Pilkington Law Firm. Emmalene Stringer appears for OKDHS, CSS.

The Court, having examined the files and records herein, having considered the evidence, and being otherwise fully advised in the premises, FINDS AS FOLLOWS.

**Jurisdiction.** This Court has continuing and exclusive jurisdiction over the parties and subject matter of this action.

1. This matter came on for Pre-Trial Conference. Petitioner has been advised on March 7, 2025, that the Jury Trial fee's must be paid prior to pretrial conference or the court may proceed with a non-jury trial on that date.
2. The Court found that the Jury Trial Fee had not been paid as of May 2, 2025 at 1:00pm and converted the Pre-Trial Conference to a Non-Jury Trial at the request of Respondent's attorney and the State.
3. The Court determined that Petitioner/Mother was in noncompliance with the Court's order filed February 20, 2024, regarding child support payments. Based

1

EXHIBIT 1

on the testimony of Respondent and the Record of Payment from DHS admitted into evidence.

4. The Court determined that Petitioner/Mother had proper notice and was aware of the Order of February 20, 2024. Petitioner/Mother had received a copy of the February 20, 2024, Order mailed by the Court, she appeared on January 13, 2025 at the related attorney fee hearing to argue against the related fees and other references made in her subsequent pleading.
5. The Court found that Respondent/Father had met his burden by clear and convincing evidence.
6. Petitioner/Mother failed to appear, in person or virtually.
7. The Petitioner/Mother has filed multiple pleadings in order to attempt to delay the proceedings.
8. Based on the evidence properly presented and admitted found Petitioner/Mother Linh Stephens guilty of indirect contempt of court for willful non-payment of child support.
9. Petitioner/Mother is hereby sentenced to six (6) months in the Tulsa County Jail. Purge is set in the amount of $13,211.24 plus $500.00 court fines and all of her Oklahoma State issued licenses are hereby revoked. Notice of such revocation is to be provided to the appropriate State agencies.
10. The Court authorizes a bench warrant for Petitioner/Mother. The sentence is to be executed upon arrest. The total amount due and owing to recall the warrant is $13,711.24, to be paid in cash/ money order only.
11. The issue of attorney fees is reserved.

**IT IS SO ORDERED.**

_____
Judge of the District Court

2

Approved as to form:

*[signature]*
Gilbert J. Pilkington, Jr. OBA# 21998
Pilkington Law Firm, PLLC
PO Box 52614
Tulsa, OK 74152-0614
Gil@PilkingtonLawFirm.com
*Attorney for Respondent*


*[signature]*
Emmalene Stringer, OBA #31690
State's Attorney
OKDHS, CSS
P.O. Box 27068
Tulsa, OK 74149
OCSS.Contact.TulsaEast@okdhs.org

## CERTIFICATE OF SERVICE

I hereby certify that on the __8th__ day of __May__ 2025, a true and correct copy of the above and foregoing was:

- __X__ mailed, with proper postage fully prepaid thereon
- ____ mailed by certified mail, Return Receipt No. _____
- ____ transmitted via facsimile
- __X__ transmitted via email DHS/ BECK
- ____ hand delivered
- ____ process server

to:  Linh Stephens
11063 S. Memorial Dr, Ste. D #235
Tulsa, OK 74133
*Petitioner, Pro Se*

Linh Stephens
1964 Ashley River Rd,
Ste B, Unit 80112
Charleston, SC 29416

Megan Beck
320 S. Boston Ave, Suite 718
Tulsa, OK 74103
*Attorney for Minor Child*

Emmalene Stringer, OBA #31690
State's Attorney
OKDHS, CSS
P.O. Box 27068
Tulsa, OK 74149
Phone, 918-295-3500
Fax, 918-430-2364
OCSS.Contact.TulsaEast@okdhs.org

_____
Gilbert J. Pilkington, Jr.

4