**<u>NOTICE TO PRESERVE EVIDENCE (LITIGATION HOLD)</u>**       Date: 04/16/2026
case No: FD-2015-2228 and all related cases

**To: Don Newberry, Tulsa County Court Clerk**
   Tulsa County District Court
   500 S. Denver Ave, Room 200, Tulsa, Oklahoma 74103-3832
   don.newberry@oscn.net, tulsa.courtclerk@oscn.net, kim.hall@oscn.net,
**CC: Special Judge Loretta Radford**, Docket F, Loretta.Radford@oscn.net
**Special Judge Deborrah Ludi-Leitch**, deborrah.ludiLeitch@oscn.net
**Special Judge April Seibert** april.seibert@oscn.net
**Stephen E. Hale, GAL,** shale@riggsabney.com, stephen@okfamilylawfirm.com
**To: Oklahoma Department of Human Services,**
   Emmalene Stringer, State's Attorney, P.O. Box 27068, Tulsa, OK 74149
   OCSS.CONTACT.TULSA@okdhs.org, Emmalene.Stringer@okdhs.org
**To: Gilbert J. Pilkington Jr., OBA #21998, attorney of Adam Sylvester Stephens**
   Pilkington Law Firm, PLLC, P.O. Box 52614, Tulsa, Oklahoma 74152-0614
   Gil@PilkingtonLawFirm.com
**To: Charles Schwab & Co., Inc.**
   Mary Johnmeyer, Legal Counsel,  211 Main Street, San Francisco, CA 94105
   jlamirand@bressler.com , tlaclair@bressler.com
**To: Oklahoma State Board of Osteopathic Examiners (OSBOE)**
   4848 N. Lincoln Blvd., Suite 100, Oklahoma City, OK 73105
      christi.aquino@osboe.ok.gov, investigations@osboe.ok.gov
**To: Vic Regalado, Tulsa County Sheriff**
   Tulsa County Sheriff's Office, 500 S. Denver Ave, Tulsa, OK 74103,
      vregalado@tcso.org, jweis@tcso.org
**RE: Preservation of All Evidence Related to Ongoing and Anticipated**
   **Federal Legal Proceedings — Case No. FD-2015-2228 (Tulsa County**
   **District Court); U.S. Court of Appeals, 10th Circuit, Case No. 25-5063;**
   **U.S. District Court N.D. Okla., Case No. 4:24-CV-00216-JDR-CDL;**
   **U.S. District Court N.D. Okla., Case No. 4:25-CV-00322-SEH-JFJ;**
   **Petition for Writ of Certiorari, United States Supreme Court**
   **(Filed April 14, 2026) & other SCOTUS Petitions**

**Parties Subject to This Litigation Hold:** Emmalene Stringer; Gilbert J. Pilkington Jr.;
Loretta Radford; Deborrah Ludi-Leitch; April Seibert, Adam Sylvester Stephens;
Stephen E. Hale; Bridget O'Brien a/k/a Bridget Kay Menser; OKDHS and all its
employees, agents, and contractors; Charles Schwab & Co., Inc.; Mary Johnmeyer;
Oklahoma State Board of Osteopathic Examiners; Don Newberry; All Tulsa County
Court Reporters; All Tulsa County Court Clerks and judges; All Microsoft Teams system
administrators and data custodians; Tulsa County Sheriff's Office; and all successors
and assigns.

This letter serves as a formal notice to preserve all documents, communications, and
electronically stored information (ESI) in your possession, custody, or control that may
be relevant to the above-captioned legal proceedings, including but not limited to
pending federal civil rights litigation, a Petition for Writ of Certiorari filed in the Supreme

Court of the United States on April 14, 2026 (mailed the day before), and other similar Petitions still pending there, two federal habeas corpus petitions (Case Nos. 4:25-cv-00285 and 4:25-cv-00286) appealing to 10th circuit, and all proceedings arising from or related to Tulsa County District Court Case No. FD-2015-2228.

You are hereby instructed to IMMEDIATELY take all reasonable steps to preserve and prevent the destruction, alteration, deletion, concealment, overwriting, or modification of any such evidence. This obligation arose upon the filing of federal claims and continues through the final resolution of all proceedings.

FAILURE TO COMPLY MAY CONSTITUTE SPOLIATION OF EVIDENCE SUBJECT TO SANCTIONS, ADVERSE INFERENCE INSTRUCTIONS, MONETARY PENALTIES, AND INDEPENDENT FEDERAL CRIMINAL LIABILITY UNDER 18 U.S.C. § 1519.

## SCOPE OF PRESERVATION

This preservation obligation includes, but is not limited to, the following:

### 1. Court Transcripts and Audio/Video Recordings

All original stenographic notes, draft transcripts, and final official transcripts for every hearing, conference, trial, and proceeding in Case No. FD-2015-2228 and all cases stemmed from it, including but not limited to:

- hallway video recordings of Tulsa County Court House 3rd floor in front of R 378 on June 01, 2022

- December 8, 2021 secret undisclosed hearing (no court reporter present)

- December 17, 2021 emergency custody hearing before Special Judge Sparkman

- December 20, 2021 virtual emergency custody hearing

- June 1, 2022 hearing (DHS caseworker Maria Chico testimony)

- March 21, 2022 ADA hearing before Special Judge April Seibert

- July 24, 2023 hearing (all excerpts and full transcript)

- January 31 - February 7, 2024 bench trial before Special Judge Seibert

- March 24, 2023 contempt arraignment hearing

- February 6-7, 2024 contempt of court hearing (CSS debtor's prison)

- May 2, 2025 pretrial conference before Special Judge Radford

- All Microsoft Teams video recordings for any virtual proceedings

- All audio recordings captured by any court observer or participant

- All metadata associated with transcript creation and editing

- Comparison data showing any differences between original stenographic notes and filed official transcripts

## 2. All Court Orders, Minute Orders, and Docket Entries

All signed orders, unsigned orders, proposed orders, minute orders, and docket entries in FD-2015-2228 and all related juvenile, protective order, and contempt proceedings, including but not limited to:

- Emergency Custody Order of December 17, 2021 (Special Judge Sparkman)

- December 8, 2021 minute order falsely stating 'no objections by parties'

- Protective Order PO-2021-4509 (Judge Julie Doss)

- Protective Order PO-2021-3843

- Child Support Order of October 14 (17), 2022

- Order Modifying Decree of Dissolution February 20, 2024

- Order of Debtor Imprisonment February 7, 2024 (Ludi-Leitch)

- Order Levying Banks and Retirement Liquidation (May 7, 2024)

- Mutual Civil Restraining Order October 30-31, 2023

- Bench Warrant of May 8, 2025 (Radford)

- Order Sealing IFP Motion June 24, 2025 (Radford)

- Notice of Lien filed January 19, 2024 (Pilkington)

- All ex parte communications and orders

- All sealed documents and orders to seal

## 3. OKDHS / Child Protective Services Records

All records in possession of OKDHS, CSS, CPS, and any related state agencies, including but not limited to:

- Original CPS investigative report by Bridget O'Brien (pre-alteration)

- Altered/truncated CPS report (post-supervisor modification)

- All versions, drafts, and metadata of any CPS report in this matter

- Internal communications between Bridget O'Brien and whistleblower Rosario Chico and their supervisors and previous supervisors regarding the change of finding from 'substantiated' to 'unsubstantiated' against Adam Stephens

- All records related to OK IV-D FGN: 000948641001

- All Federal Financial Institution Data Match (FIDM) records and orders

- All garnishment notices, levy orders, and liquidation directives

- DHS caseworker Bridget O'Brien's complete employment and disciplinary records, including records under her maiden name Bridget Kay Menser

- Background check records for Bridget O'Brien (Case No. CF-1999-2911)

- All kinship placement paperwork and related communications

- All documents related to DOJ investigation resulting in O'Brien's termination

- All forged waiver documents bearing Petitioner's alleged signature

- All FOIA requests submitted by Petitioner and all responses thereto

- Oklahoma State Auditor findings related to OKDHS misuse of Title IV funds

## 4. Financial Records and ERISA Account Records

All records related to the seizure and liquidation of federally protected ERISA retirement accounts, including but not limited to:

- All Charles Schwab account records for accounts held by Petitioner and/or her current spouse, including but not limited to the 401(k) Rollover IRA, regular IRA, and Roth IRA accounts totaling $64,445.92 at time of seizure

- All communications between OKDHS CSS, Charles Schwab, and Mary Johnmeyer regarding the May 7, 2024 liquidation order

- All FIDM orders, levy orders, and account freeze orders

- All records confirming the liquidation occurred on May 7, 2024 — two days BEFORE the scheduled Administrative Review Hearing on May 9, 2024

- All Qualified Domestic Relations Order (QDRO) records — or confirmation that no valid QDRO was ever issued

- All bank account freeze and levy records for all financial institutions

- All correspondence to and from the National Passport Center regarding Petitioner's passport revocation under 42 U.S.C. § 652(k)

- All records related to imputed income calculations and child support computations including artificial inflation of Petitioner's income

## 5. Electronic Communications

All emails, text messages, instant messages, Microsoft Teams messages, and other electronic communications sent, received, drafted, or deleted by all parties named herein, relating to Case No. FD-2015-2228, including but not limited to:

- All communications between Emmalene Stringer and Gilbert Pilkington Jr.

- All communications between OKDHS and Special Judges Radford, Ludi-Leitch, Seibert, Sparkman, or any other judicial officer all the way back to 2017

- All ex parte communications between any party and any judge

- All communications between Charles Schwab and OKDHS CSS

- All communications between OSBOE and OKDHS or opposing counsel

- All Microsoft Teams recordings, logs, chat records, and metadata from all virtual court hearings

- All communications related to the May 2, 2025 hearing from which Petitioner was blocked while Respondent was permitted virtual access

- All ADA accommodation request correspondence and responses

- All cease-and-desist letters received from Petitioner and responses thereto

## 6. Professional Licensing and NPDB Records

All records held by the Oklahoma State Board of Osteopathic Examiners (OSBOE)and the National Practitioner Data Bank (NPDB) related to Petitioner, including but not limited to:

- All communications initiating disciplinary proceedings against Petitioner

- All communications between OSBOE and OKDHS, opposing counsel, or any court actor regarding Petitioner's medical license

- The NPDB report filed against Petitioner, all drafts thereof, and all internal communications regarding its preparation and submission

- All patient complaints — or records confirming NO patient complaints were ever filed against Petitioner prior to the retaliatory proceedings

- Records from the reversal of Petitioner's medical license in CV-2023-995

## 7. G.L.Stephens / Minor Child Records

All records relating to minor child G.L. Stephens (initials only per FRCP 5.2), including but not limited to:

- G.L. Stephens's diary (original and all copies) submitted to court on or about June 23, 2021 by school personnel

- All school records, teacher communications, and school director statements from Susie Panzer and Jayme Wingo-Martin

- All records from child psychologist Jim Lovette

- All records from neighbor Jeri Townsend, APRN

- All records from family physician Dr. Moris Laca, M.D.

- All GAL reports from Valerie Blackstock and Stephen E. Hale, including all drafts, notes, and communications

- All records from Muskogee Kids Space Child Advocacy Center

- All records related to any request for forensic interview or SANE exam of G.L. Stephens and all refusals of the same

- All therapeutic supervised visitation records from Amanda Hall and Cheryl Hall including all billing, payment records, and session notes

- All records from Adam Sylvester Stephens's prior CPS investigations in Oregon, including the substantiated abuse finding regarding his 15-year-old female offspring

## 8. Backup and Archived Data / Digital Infrastructure

All backup systems, archived files, server logs, and recoverable deleted data held by Tulsa County District Court, OKDHS, Charles Schwab, OSBOE, or any other named party, including but not limited to:

- All courthouse audio/video surveillance recordings from all hearings and from courthouse hallways, particularly May 2, 2025

- All Microsoft Teams server logs and cloud recordings

- All court electronic filing system (OSCN) access logs

- All OKDHS case management system records

- Metadata from all electronically filed documents showing creation date, modification date, and author

- All deleted emails, messages, or files recoverable through forensic means relating to this matter

## 9. Petitioner's Filings and Submissions

All documents submitted by Petitioner that were refused, returned, sealed, or not entered into the official case record, including but not limited to:

- All FOIA requests submitted to Tulsa County Courts and OKDHS

- All ADA accommodation requests and supporting medical documentation

- All cease-and-desist letters, certified mail receipts, and responses

- All notices of jurisdictional challenge

- All motions filed from jail during February 2024 incarceration

- All sealed motions and orders (including sealed IFP motion)

- Evidence submitted at December 22, 2022 recusal hearing (two-inch thick binder and USB drive with voice recordings and videos)

## PRESERVATION REQUIREMENTS

You are required to:

Immediately suspend any routine or automatic deletion, overwriting, or modification of relevant data in any system under your control

Preserve all existing data in its current state without alteration, including all metadata, access logs, and version histories

Refrain from deleting, editing, concealing, or modifying any documents, recordings, messages, orders, or files relating to these proceedings

Take all reasonable steps to secure and back up all relevant information on separate, protected systems

Identify and notify all persons in your organization who may have possession, custody, or control of relevant evidence of their preservation obligations

Suspend any records retention policies or automatic deletion schedules that would result in the destruction of relevant evidence

## LEGAL BASIS FOR THIS PRESERVATION DEMAND

This litigation hold is issued pursuant to and supported by:

18 U.S.C. § 1519 — Destruction, alteration, or falsification of records in federal investigations and bankruptcy (criminal liability for spoliation) Fed. R. Civ. P. 37(e) — Failure to preserve electronically stored information(authorizing adverse inference instructions, dismissal, or default judgment)

18 U.S.C. §§ 241 and 242 — Conspiracy against rights and deprivation of rights under color of law (applicable to continued suppression of evidence)

18 U.S.C. § 1512 — Tampering with a witness, victim, or informant, including by destroying evidence relevant to an official proceeding

18 U.S.C. § 1001 — False statements to federal authorities

42 U.S.C. §§ 1983, 1985, 1986 — Civil rights claims pending in active federal litigation for which this evidence is directly material

Supremacy Clause, Article VI — Federal proceedings take precedence and all state actors are bound by federal evidence preservation obligations

Oklahoma Open Records Act, 51 O.S. § 24A.1 et seq. — All public records must be preserved and made available upon lawful request

## CONSEQUENCES OF NON-COMPLIANCE

Failure to preserve relevant evidence may result in serious legal consequences, including but not limited to:

- Sanctions against you personally and/or your office or organization

- Adverse inference instructions to the jury that destroyed evidence would have been unfavorable to you

- Default judgment in favor of Petitioner

- Monetary penalties and fee awards under Fed. R. Civ. P. 37

- Referral to the United States Department of Justice for criminal prosecution under 18 U.S.C. § 1519 (spoliation) and § 1512 (tampering)

- Individual civil liability under 42 U.S.C. § 1983

- Referral to SCOTUS for contempt in connection with the pending Petition for Writ of Certiorari filed April 14, 2026

## ACKNOWLEDGMENT

Please confirm in writing within seven (7) days of receipt of this Notice that you have received this letter and have taken all steps necessary to comply with these preservation obligations. Send written confirmation to:

linh-tran: stephens

In care of: 1964 Ashley River Rd., Ste. B, Unit 80112

Charleston, South Carolina, ZIP exempt [near 29407]

**and** Emailing to: LinhStephens7@gmail.com

This Notice is made in anticipation of and in connection with active litigation and is intended to ensure that all relevant evidence is retained, preserved, and available for use in all pending and anticipated proceedings.

Sincerely,

*without prejudice*
*linh-tran: stephens/Agent*

linh-tran: stephens / Autograph
Agent and Attorney-in-fact, sui juris
Natural Living Woman, without prejudice, UCC 1-308
All rights reserved. Without recourse.
In care of: 1964 Ashley River Rd., Ste. B, Unit 80112
Charleston, South Carolina [zip exempt but near 29407]
LinhStephens7@gmail.com
Tel: (843) 608-0294

## CERTIFICATE OF SERVICE

I, linh-tran: stephens, hereby certify that on April 16, 2026, a true and correct copy of the foregoing Notice to Preserve Evidence (Litigation Hold) was e-served upon all above-named parties except to Tulsa County Court via certified mail, return receipt requested, and/or electronic mail where available, as listed above.

*without prejudice*
*linh-tran: stephens/Agent*

linh-tran: stephens / Autograph