### <u>FEE SCHEDULE FOR SO-CALLED AUTHORITIES</u>

ALL FEES ARE TO BE PAID IN ADVANCE to Linh Tran Stephens © ™

Questions: $500 per answer; put your questions in writing.

Performance such as a test or walking a line or exiting my auto-mobile: $2,000.

Searching me or my home or my automobile or property: $5,000.

Spending time with me: $1,000 per minute, rounded up to a minimum of 30 minutes.

My Name or its derivatives: $500,000 per use per person.

My biometrics and picture: $500,000 per use per person.

My offspring's Name(s) or their derivatives: $500,000 per use per person.

My offspring's biometrics and picture: $500,000 per use per person.

Unlawful Arrest, Illegal Arrest, or Restraint, or Distraint, Trespassing/Trespass, without a lawful, correct, and complete 4th amendment warrant: $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

Excessive Bail, Fraudulent Bond, Cruel and Unusual Punishment, Violation of Right to Speedy Trial, Violation of the Right of Freedom of Speech, Conspiracy, Aiding and Abetting, Racketeering, or Abuse of Authority as per Title 18 U.S.C.A., §241 and §242, or definitions contained herein: $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

Assault or Assault and Battery without Weapon: $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

Assault or Assault and Battery with Weapon: $3,000,000.00 (Three Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

Unfounded Accusations by Officers of the Court, or Unlawful Determination: $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

Denial and/or Abuse of Due Process: $2,000,000.00 (Tvo Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

Obstruction of Justice: $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

Unlawful Distraint, Unlawful Detainer, or False Imprisonment: $5,000,000.00 (Five Million) lawful US Silver Dollars, per day, per occurrence, per officer, or agent involved, plus 18% annual interest.

Reckless Endangerment, Failure to Identify and/or Present Credentials and/or Failure to Charge within 48 (Forty-Eight) Hours after being detained: $2,000,000.00 (Two Million) lawful US Silver Dollars per occurrence, per officer, or agent involved.

Counterfeiting Statute Staple Securities Instruments: $2,000,000.00 (Two Million) lawful US Silver Dollars per occurrence, per officer, or agent involved.

Unlawful Detention or Incarceration: $2,000,000.00 (Two Million) lawful US Silver Dollars, per day, per occurrence, per officer, or agent involved.

Incarceration for Civil or Criminal Contempt of Court without lawful, documented-in-law, and valid reason: $2,000,000.00 (Two Million) lawful US Silver Dollars per day, per occurrence, per officer, or agent involved.

Disrespect by a Judge or Officer of the Court: $2,000,000.00 (Two Million) lawful US Silver Dollars per occurrence, per officer, or agent involved.

Threat, Coercion, Deception, or Attempted Deception by any Officer of the Court: $2,000,000.00 (Two Million) lawful US Silver Dollars per occurrence, per officer, or agent involved.

Unnecessary Restraint: $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

Violation of Rights: $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

Refusal of Lawful Bailment as provided by the aforementioned Constitution and/or Honorable "Bill of Rights": $2,000,000.00 (Two Million) lawful US Silver Dollars per day of confinement, to be prorated by the hour as per *Traficant vs. Florida*, per occurrence, per officer, per agent involved.

Coercion or Attempted Coercion of the Natural Man or Woman to take responsibility for the Corporate Strawman against the Natural Man or Woman Secured Party's Will: $2,000,000.00 (Two Million) lawful US Silver Dollars per occurrence, per officer or agent involved.

The Placing of an Unlawful or Improper Lien, Levy, Impoundments, or Garnishment against any funds, bank accounts, savings accounts, retirement funds, investment funds, social security funds, intellectual property, biological property e.g. offsprings, passports, or any other property belonging to the Natural Man or Woman Secured Party by any agency: $2,000,000.00 (Two Million) lawful US Silver Dollars per occurrence, and $100,000.00 (One Hundred Thousand) lawful US Silver Dollars per day penalty until liens, levies, impoundments, and/or garnishments are ended and all funds reimbursed, and all property returned in the same condition as it was when taken, with 18% annual interest upon the Secured Party's declared value of property.

Destruction, Deprivation, Concealment, Defacing, Alteration, or Theft, of Property, including buildings, structures, equipment, furniture, fixtures, and supplies belonging to the Natural Man or Woman Secured Party will incur a penalty of total, new replacement costs of property as indicated by Owner and Secured Party, including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation, delivery, set up, assembly, installation, tips and fees, permits, replacement of computer information and data, computer hardware and software, computer supplies, office equipment and supplies, or any other legitimate fees and costs associated with total

replacement of new items of the same type, like, kind, and/or quality, and quantity as affected items. The list and description of affected property will be provided by the Owner and Secured Party and will be accepted as complete, accurate, and uncontestable by the agency or representative thereof that caused such action. In addition to the aforementioned cost, there will be a $200,000.00 (Two Hundred Thousand) lawful US Silver Dollars per day penalty until property is restored in full, beginning on the first day after the incident, as provided by this contract.

### CAVEAT

The aforementioned charges are billing costs deriving from, but not limited to, Uniform Commercial Codes and Fair Debt Collection Practices Act and this contract. These charges shall be assessed against persons, governmental bodies, and corporate entities supra, or any combination thereof when they individually and/or collectively violate my natural and/or civil rights as an American by declaration. The aforementioned Constitution and/or the Honorable "Bill of Rights" establishes jurisdiction for you in your normal course of business. All violations against me, the undersigned, will be assessed per occurrence, per officer, representative, or agent of any agency that is involved in any unlawful action against me.

By your actions, you shall lack recourse for all claims of immunity in any forum. Your officers' knowing consent and admission of perpetrating known acts by your continued enterprise is a violation of my rights. This **Statute Staple Securities Instrument** exhausts all state maritime Article 1 administrative jurisdictions and protects my Article III court remedies including but not limited to Title 42 U.S.C.A, Title 18 U.S.C.A., Title 28 U.S.C.A., and Title 18 U.S.C. § 242.

### IGNORANCE OF THE LAW IS NO EXCUSE!

I, one ***Linh Tran Stephens*** ©™, Free woman with a living soul and the Holy Spirit[1], the undersigned, am the principal; and you are the agent! Fail not to adhere to your oath, lest you be called to answer before one God and one Supreme Court Exclusive Original Jurisdiction, which is the court of first and last resort, not excluding my "Good Faith (Oxford) Doctrine" by my conclusive Honorable "Bill of Rights."

**WITHOUT RECOURSE**

By: *without prejudice linh-tran: stephens/Agent*

*Linh Tran Stephens* ©™, sole Secured Party Creditor

Date: 06/17/2026

℅ PO Box 80112,

Charleston, South Carolina ZIP EXEMPT 00000 but near [29416]

Tel: (843) 608-0294

email: LinhStephens7@gmail.com

---

[1] If that Son therefore shall make you <u>free</u>, ye shall be <u>free</u> indeed (John 8:36).

"Behold, all <u>souls</u> are mine [YAHUAH]; as the <u>soul</u> of the parent [mother/father], so also the <u>soul</u> of the child [daughter/son] is mine: the soul that sinneth, it shall die." (Ezekiel 18:4).