IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

LINH TRAN STEPHENS,

        **Plaintiff,**

v.

**STATE OF OKLAHOMA, et al.,**

        **Defendants.**

**Case No. 25-CV-00322-SEH-CDL**

## JUDGMENT OF DISMISSAL

This matter has come before the Court and an order [ECF No. 115] dismissing the action without prejudice has been entered. Judgment of dismissal is hereby entered without prejudice.

DATED this 4th day of August, 2026.

_____
Sara E. Hill
UNITED STATES DISTRICT JUDGE