UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

August 18, 2026

Ms. Linh Tran Stephens
235 Tom Stewart Road
Newberry, SC 29108

**RE: 26-5113, Stephens v. Oklahoma Attorney General Office, et al**
Dist/Ag docket: 4:25-CV-00322-SEH-CDL

To All Parties and Counsel:

This court has received and docketed an appeal in the above-referenced case, and the appeal number is listed above. Please note the following requirements for this appeal:

**Preliminary Documents (All Parties)**

**Entry of Appearance and Certificate of Interested Parties.** All parties are required to file an entry of appearance and certificate of interested parties. 10th Cir. R. 46.1(A) and (D). Pro se individuals must file the enclosed form **within 30 days** of the date of this letter. Counselled parties must file the form **within 14 days** of the date of this letter. Attorneys who do not enter an appearance within the specified time will be removed from the service list.

In addition to an entry of appearance, appellees who do not intend to participate in the appeal must promptly file a notice of non-participation and state whether they wish to continue receiving notice of the court's orders.

**Rule 26 Disclosure Statement.** All entities represented by counsel are required to file a Federal Rule of Appellate Procedure 26.1 disclosure statement **within 14 days** of the date of this letter. *See* 10th Cir. R. 26.1(A). Pro se individuals need not file a disclosure statement.

**Filing & Docketing Fee (Appellant)**

A separate fee of $605.00 ($5.00 filing fee and $600.00 docket fee) is due for every appeal initiated to the court of appeals.

**Within 30 days** of the date of this letter, you must either (1) pay the $605.00 fee to the district court, or (2) file a motion in the district court for leave to proceed on appeal without prepayment of fees.

**Please note, failure to timely pay the filing fee or file a motion for leave to proceed without prepayment of the filing fee by the deadline set by this court may result in the dismissal of this appeal without further notice. *See* Fed. R. App. P. 3(e) and 10th Cir. R. 3.3(B).**

## Method of Receiving Service (Pro Se Parties)

The court will forward all forms, letters, and orders to you via US Mail. If you wish to change the method of service from US Mail to email, you must make that request in writing by completing the enclosed "Consent to Electronic Service" form and returning to this office.

You will receive further instructions regarding prosecution of this appeal from the court within the next few weeks.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Kay B. Baxter
Corbin Clark Brewster
John M. Bunting
James Dashiell Dunn
Matthew Benjamin Free
Tara A. LaClair
Jennifer N. Lamirand
John K.F. Langford
Thomas A. LeBlanc
Heidi J. Long
Gregg J. Lytle
Nathan A. Miramontes
Lexie P. Norwood
Katherine McNeal Ogden
Jesse Ogle
Sharon K. Parker
Erica Parks
Jacob N. Popp
David Ross
Jacy Chafin Sullivan
John Tjeerdsma
Elizabeth Marie Vincent
Clifton Dale Warner

CMW/at

**Cara Mirabal**

---

**From:** ca10_cmecf_notify@ca10.uscourts.gov
**Sent:** Tuesday, August 18, 2026 3:44 PM
**To:** CM-ECF Intake OKND
**Subject:** 26-5113 Stephens v. Oklahoma Attorney General Office, et al "Civil case docketed" (4:25-CV-00322-SEH-CDL)

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Tenth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was entered on 08/18/2026 at 2:21:38 PM Mountain Daylight Time and filed on 08/18/2026

| | |
|---|---|
| **Case Name:** | Stephens v. Oklahoma Attorney General Office, et al |
| **Case Number:** | 26-5113 |
| **Document(s):** | Docket Entry #1 |

**Docket Text:**
[11309123] Civil case docketed. Preliminary record filed. DATE RECEIVED: 08/18/2026 - Fee or ifp forms and notice of appearance due 09/17/2026 for Linh Tran Stephens. Notice of appearance due on 09/01/2026 for Megan Beck, Board of County Commissioners of County of Tulsa, Kathy Burrows, Jerica Carmichael, Martha Rupp Carter, Jeffrey Cartmell, Charles Schwab and Co., Inc., Todd Chesbro, Vicki Cox, Dale Warner Law Firm, David L. Moss Criminal Justice Center, Theresa Dreiling, Doug Drummond, Gentner Drummond, Deborah Eddingfield, Erica Parks Law Firm, PLLC, Family Visitation & Solutions, LLC, Jennifer Fullerton, Larisa Grecu-Radu, Cheryl Hall, Kim Hall, Penny Hamrick, Gina Hedryx, Taylor Henderson, Steve Johnson, William Lafortune, Deborrah Ludi-Leitch, Kacharra Mansker, Jessica Martin, Greg Mashburn, Shasta Miller, Dawn Moody, Laurie Morris, Chandler Moxley, Moxley Law Firm, PLLC, Oklahoma Attorney General Office, Oklahoma Bar Association, Oklahoma Child Support Services, Oklahoma Commission on Children and Youth, Oklahoma Council on Judicial Complaints, Oklahoma Department of Human Services, Oklahoma Office of Administrative Hearings, Oklahoma Sheriffs' Association, Oklahoma State Auditor & Inspector, Oklahoma State Bureau of Investigation, Oklahoma State Governor's Office, Oklahoma Supreme Court, Erica Parks, Robert Perugino, Loretta Radford, Vic Regalado, Richard Rose, April Seibert, Deborah Shropshire, Rodney Sparkman, Aungela Spurlock, State Board of Osteopathic Examiners, John Kevin Stitt, Sadie Temple and Dale Warner. Disclosure statement due on 09/01/2026 for Charles Schwab and Co., Inc., Dale Warner Law Firm, Erica Parks Law Firm, PLLC, Pilkington Law Firm, PLLC and The Law Office of Stephen E. Hale. . [26-5113]

**Notice will be electronically mailed to:**

Kay B. Baxter: kbaxter@grsm.com
Mr. Corbin Clark Brewster: ccbrewster@brewsterlaw.com, hprescott@brewsterlaw.com
Mr. John M. Bunting: john.bunting@cojc.ok.gov, jmbunting@gmail.com, ashley.lopez@cojc.ok.gov
Mr. James Dashiell Dunn: jdunn@tcso.org
Mr. Matthew Benjamin Free: mfree@bestsharp.com, dlovel@bestsharp.com
Mrs. Tara A. LaClair: tlaclair@bressler.com, dstoy@bressler.com, sbowers@bressler.com, kwebb@bressler.com
Ms. Jennifer N. Lamirand: jlamirand@bressler.com, sbowers@bressler.com, dstoy@bressler.com
Mr. John K.F. Langford: john.langford@okdhs.org, cynthia.keirsey@okdhs.org
Thomas A. LeBlanc: tleblanc@bestsharp.com, dlovel@bestsharp.com
Ms. Heidi J. Long: hlong@llc-attorneys.com, aburch@llc-attorneys.com
Gregg J. Lytle: glytle@smsm.com
Nathan A. Miramontes: nmiramontes@gablelaw.com
Lexie P. Norwood: lexie.norwood@oag.ok.gov, docket@oag.ok.gov, riskdocket@omes.ok.gov, ron.baze@oag.ok.gov, lindsay.deloera@oag.ok.gov
Ms. Katherine McNeal Ogden: katieo@okbar.org, jayceem@okbar.org
Jesse Ogle: jesse.ogle@oag.ok.gov, docket@oag.ok.gov, riskdocket@omes.ok.gov, ron.baze@oag.ok.gov, brandi.winfield@oag.ok.gov
Sharon K. Parker: sparker@jpmlawgroup.com, bboyd@jpmlawgroup.com
Erica Parks: eparks@rhodesokla.com
Jacob N. Popp: jpopp@smsm.com
Mr. David Ross: dross@nwlawok.com, shellard@nwlawok.com
Jacy Chafin Sullivan: jacy.sullivan@oag.ok.gov, docket@oag.ok.gov, riskdocket@omes.ok.gov, ron.baze@oag.ok.gov
Mr. John Tjeerdsma: jtjeerdsma@tulsacounty.org, bmalue@tulsacounty.org
Elizabeth Marie Vincent: beth.vincent@osboe.ok.gov
Mr. Clifton Dale Warner: dale.law42@yahoo.com

**Notice will not be electronically mailed to the following as the Court does not have a valid email address on file or the person has not consented to service via email. If appropriate, notice will be delivered by other means to:**

Ms. Linh Tran Stephens
235 Tom Stewart Road
Newberry, SC 29108

The following document(s) are associated with this transaction:
**Document Description:** Prelim ROA
**Original Filename:** Linh Tran Stephens Prelim ROA 8-18-2026.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=08/18/2026] [FileNumber=11309123-0]
[c633ca6e1ce89c72bcd68f8e418a3e6328312d82caaccc2458dba61aa6cd782c90dc8546baad28edaef5841142df6594156856e0624d2bc986a8cb37a5c2208e]]

**Document Description:** Case Opening Pro Civil/Habeas
**Original Filename:** /opt/ACECF/live/forms/265113_11309123_538.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=08/18/2026] [FileNumber=11309123-1]
[8fc25e8a12cab2dcf6a097084167fb70e9b000ab42633e1abdca3f207fb407332a206a39fb408a67785ccc8a90fef83263202605b3462bfeb94413b0e4e7dd87]]
**Recipients:**

- Kay B. Baxter
- Mr. Corbin Clark Brewster
- Mr. John M. Bunting
- Mr. James Dashiell Dunn
- Mr. Matthew Benjamin Free
- Mrs. Tara A. LaClair
- Ms. Jennifer N. Lamirand
- Mr. John K.F. Langford
- Thomas A. LeBlanc
- Ms. Heidi J. Long
- Gregg J. Lytle
- Nathan A. Miramontes
- Lexie P. Norwood
- Ms. Katherine McNeal Ogden
- Jesse Ogle
- Sharon K. Parker
- Erica Parks
- Jacob N. Popp
- Mr. David Ross
- Ms. Linh Tran Stephens
- Jacy Chafin Sullivan
- Mr. John Tjeerdsma
- Elizabeth Marie Vincent
- Mr. Clifton Dale Warner