**IN THE UNTED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| LINH TRAN STEPHENS, *a natural living woman, sui juris, with inherent sovereign rights*,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF OKLAHOMA, *et al.,*<br><br>Defendants. | **Case No.: 25-cv-322-SEH-JFJ** |

**STATE OFFICIAL DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S VERIFIED DEMAND TO ALTER OR AMEND THE JUDGMENT**

Defendants Governor Kevin Stitt, Attorney General Gentner Drummond, Steve Johnson, Greg Mashburn, and Aungela Spurlock hereby fully adopt, incorporate, and join the argument set forth in State Office Defendants' Response in Opposition to Plaintiff's Verified Demand to Alter or Amend the Judgment [Doc. 125].

Respectfully Submitted,

*/s/ Jesse S. Ogle*

**JESSE S. OGLE, OBA #34275**
Assistant Attorney General
Oklahoma Attorney General's Office
313 NE 21st Street
Oklahoma City, Oklahoma 73105
T: (405) 522-2921 | F: (405) 521-4518
*Counsel for State Official Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of September, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. I further certify that a true and correct copy of the foregoing document was sent via U.S. Mail, postage prepaid to:

Linh Tran Stephens
1964 Ashley River Rd., Ste. B,
Unit 80112
Charleston, S.C. 29407
*Plaintiff sui juris*

*s/ Jesse S. Ogle*
Jesse S. Ogle