**IN THE UNTED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| LINH TRAN STEPHENS, *a natural living woman, sui juris, with inherent sovereign rights*,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF OKLAHOMA, *et al.,*<br><br>Defendants. | **Case No.: 25-cv-322-SEH-JFJ** |

**JUDICIAL DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S VERIFIED DEMAND TO ALTER OR AMEND THE JUDGMENT**

Defendants Oklahoma Supreme Court; Tulsa County Special Judges April Seibert, Rodney Sparkman, Todd Chesbro, Deborrah Ludi-Leitch and Loretta Radford; Tulsa County Juvenile Court Judges Martha Rupp Carter, and Theresa Dreiling; Tulsa County District Judges Dawn Moody, William Lafortune, Doug Drummond; and Tulsa County Court Administrator Kim Hall hereby fully adopt, incorporate, and join the argument set forth in State Office Defendants' Response in Opposition to Plaintiff's Verified Demand to Alter or Amend the Judgment [Doc. 125].

Respectfully Submitted,

*/s/ Jacy Sullivan*

**JACY SULLIVAN, OBA #33858**
*Assistant Attorney General*
Oklahoma Attorney General's Office
313 NE 21st Street
Oklahoma City, Oklahoma 73105
T: (405) 522-2930 | F: (405) 521-4518
*Counsel for State Official Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of September, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. I further certify that a true and correct copy of the foregoing document was sent via U.S. Mail, postage prepaid to:

Linh Tran Stephens
1964 Ashley River Rd., Ste. B,
Unit 80112
Charleston, S.C. 29407
*Plaintiff sui juris*

*s/ Jacy Sullivan*
Jacy Sullivan