**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **LINH TRAN STEPHENS, a natural living woman, *sui juris*, with inherent sovereign rights,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 25-cv-322-SEH-JFJ** |
| **STATE OF OKLAHOMA, *et al.*,** | ) | |
| **Defendants.** | ) | |

**<u>DEFENDANT THE OKLAHOMA SHERIFF'S ASSOCIATION, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S VERIFIED DEMAND TO ALTER OR AMEND THE JUDGMENT</u>**

Defendant The Oklahoma Sheriff's Association, Inc. hereby adopts, incorporates, and joins the argument set forth in State Office Defendants' Response in Opposition to Plaintiff's Verified Demand to Alter or Amend the Judgment [DOC 117] [DOC 125].

Respectfully submitted:

/s/ Sharon K. Parker
Sharon K. Parker, OBA #19010
**JPM LAW |** JAYNE PETERS MCVICKER BURKE ASKEW & PARKER
401 South Boston Ave., Suite 2000
Tulsa, OK 74103
(918) 938-7944 phone
(918) 938-7966 fax
sparker@jpmlawgroup.com
*Attorney for The Oklahoma Sheriff's Association, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2026, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants. I further certify that a true and correct copy of the foregoing document was sent via U.S. Mail, postage prepaid to:

Linh Tran Stephens
1964 Ashley River Rd, Ste B, Unit 80112
Charleston, SC 29407
*Plaintiff sui juris*

/s/ Sharon K. Parker
Sharon K. Parker