**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| LINH TRAN STEPHENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 25-cv-322-SEH-CDL |
| | ) | |
| STATE OF OKLAHOMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT MEGAN BECK'S RESPONSE TO PLAINTIFF'S VERIFIED DEMAND TO ALTER OR AMEND THE JUDGMENT AND FOR LEAVE TO AMEND, OR ALTERNATIVELY RELIEF FROM JUDGMENT**

Defendant Megan Beck ("Beck") respectfully submits this Response in opposition to the "Verified Demand to Alter or Amend the Judgment and for Leave to Amend, or Alternatively Relief from Judgment" (Doc. 117), filed by the Plaintiff, Lihn Tran Stephens. In Response to the Demand, Beck hereby joins in, and adopts by reference, the arguments and authorities set forth in the State Office Defendant's Response in Opposition to Plaintiff's Verified Demand to Alter or Amend the Judgment (Doc. 125).

Respectfully submitted,

/s/ David R. Ross

**David R. Ross**, OBA #19030
**NORMAN WOHLGEMUTH, LLP**
401 S. Boston Ave., Suite 3200
Tulsa, OK 74103
Telephone: (918)583-7571
Facsimile: (918)584-7846
Dross@NWLawOK.com

**ATTORNEY FOR DEFENDANT MEGAN BECK**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the registrants.

Further, I certified that on the date of September 4, 2026, I placed a copy of this document in the United States Mail, first class postage fully pre-paid, addressed to the following:

Linh Tran Stephens
235 Tom Stewart Rd.
Newberry, South Carolina 29108

/s/ David R. Ross
**David R. Ross**