**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| LINH TRAN STEPHENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-322 |
| | ) | |
| STATE OF OKLAHOMA et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS OKLAHOMA BAR ASSOCIATION, GENERAL COUNSEL GINA HENDRYX AND ASSISTANT GENERAL COUNSEL TRACY NESTER'S RESPONSE IN OPPOSITION TO PLAINTIFF'S VERIFIED DEMAND TO ALTER OR AMEND THE JUDGMENT**

Defendants Oklahoma Bar Association, General Counsel Gina Hendryx in her personal and official capacities and Assistant General Counsel Tracy Nester in her personal and official capacities, hereby fully adopt, incorporate, and join the argument set forth in State Office Defendants' Response in Opposition to Plaintiff's Verified Demand to Alter or Amend the Judgment [Doc. 125].

Respectfully Submitted,

s/ KATHERINE M. OGDEN________
Katherine M. Ogden, OBA No. 22668
Assistant General Counsel
Oklahoma Bar Association
P.O. Box 53036
Oklahoma City, Oklahoma 73152
Phone: 405.416.7007
katieo@okbar.org
**Attorney For Defendants**
**Oklahoma Bar Association,**
**General Counsel Gina Hendryx**
**and Assistant General Counsel**
**Tracy Nester**

## CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☒ On September 8, 2026____________________________ I sent a copy of this Response in Opposition to Plaintiff's Verified Demand to Alter or Amend the Judgment to Linh Tran Stephens at 235 Tom Stewart Road, Newberry, SC 29108 by first class mail.

September 8, 2026______________________
Date

s/ Katherine M. Ogden__________________
Signature