**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| LINH TRAN STEPHENS,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF OKLAHOMA, *et al.*,<br><br>Defendants. | Case No. 25-cv-322-SEH-CDL |

**RESPONSE IN OPPOSITION TO PLAINTIFF'S VERIFIED DEMAND TO ALTER OR AMEND THE JUDGMENT BY DEFENDANTS OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS, RICHARD ROSE, and TAYLOR HENDERSON**

Defendants Oklahoma Council on Judicial Complaints ("COJC"); Richard Rose, Chairman of the COJC; and Taylor Henderson, Director of the COJC (collectively, the "COJC Defendants") oppose the *Verified Demand to Alter or Amend the Judgment* . . . [Doc. No. 117], filed by the Plaintiff. Rather than re-stating the reasons for their opposition, COJC Defendants hereby fully adopt, incorporate, and join the arguments set forth in State Office Defendants' *Response in Opposition to Plaintiff's Verified Demand to Alter or Amend the Judgment* [Doc. No. 125].

*s/ John M. Bunting*
John M. Bunting, OBA No. 31503
General Counsel
OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS
1901 N. Lincoln Blvd.
Oklahoma City, Oklahoma 73105
Telephone: (405) 522-4800
Email: *john.bunting@cojc.ok.gov*

***Attorney for Defendants Oklahoma Council on Judicial Complaints; Richard Rose, Chairman; and Taylor Henderson, Director***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of September 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants. I further caused a true and correct copy of this document to be placed in the U.S. Mail, first-class postage fully prepaid, addressed to the Plaintiff at the following address:

Linh Tran Stephens
1964 Ashley River Rd, Suite B
Unit 80112
Charleston, SC 29407

*s/ John M. Bunting*
John M. Bunting, OBA No. 31503