**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| LINH TRAN STEPHENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 25-cv-322-SEH-CDL |
| | ) | |
| STATE OF OKLAHOMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT SADIE TEMPLE'S RESPONSE TO PLAINTIFF'S VERIFIED DEMAND TO ALTER OR AMEND THE JUDGMENT AND FOR LEAVE TO AMEND, OR ALTERNATIVELY RELIEF FROM JUDGMENT**

Defendant Sadie Temple ("Temple") respectfully submits this Response in opposition to the "Verified Demand to Alter or Amend the Judgment and for Leave to Amend, or Alternatively Relief from Judgment" (Doc. 117), filed by the Plaintiff, Linh Tran Stephens. In Response to the Demand, Temple hereby joins in, and adopts by reference, the arguments and authorities set forth in the State Office Defendants' Response in Opposition to Plaintiff's Verified Demand to Alter or Amend the Judgment (Doc. 125).

Respectfully submitted,

/s/ Corbin C. Brewster
Corbin C. Brewster, OBA #22075
BREWSTER & DEANGELIS
2617 E. 21st St.
Tulsa, OK 74114
Telephone: (918) 742-2021
ccbrewster@brewsterlaw.com
ATTORNEY FOR DEFENDANT
SADIE TEMPLE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the registrants.

Further, I certify that on September 8, 2026, I placed a copy of this document in the United States Mail, first class postage fully prepaid, addressed to the following:

Linh Tran Stephens
235 Tom Stewart Rd.
Newberry, South Carolina 29108

/s/ Corbin C. Brewster
Corbin C. Brewster